# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

FILED
U.S. DIST. COURT
BUNSWICK DIV.

2005 AUG 23 P 4 21

UNITED STATES OF AMERICA )
)
)
v. )
)
DERRICK WELLS )

CASE NO.: CR597-03

## O R D E R

The United States Probation Office has filed a Report alleging that Defendant Derrick Wells violated the conditions of his supervised release. Defendant was subsequently arrested, and counsel was appointed to represent him. Defendant Wells, after consultation with counsel, filed a "Waiver of Right to Preliminary Revocation Hearing."

Accordingly, it is hereby **ORDERED** that Defendant Wells be held for a revocation hearing.

**SO ORDERED**, this _23rd_ day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

         vs.           *      CASE NO. CR597-3

DERRICK WELLS           *

                  *

                  *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 8/23/05 , which is part of the official records of this case.

Date of Mailing: 8/23/05

Date of Certificate: 8/23/05

SCOTT L. POFF, CLERK

By :    Nita Rose

NAME:

1. Fred Kramer
2. Neal L. Conner Jr
3. Derrick Wells
4. 
5. 
6. 
7. 

Cert/Copy

| | | |
|---|---|---|
| ☐ ☐ | District Judge | |
| ☐ ☒ | Magistrate Judge | |
| ☐ ☐ | Minutes | |
| ☐ ☒ | U.S. Probation | |
| ☐ ☒ | U.S. Marshal | |
| ☐ ☐ | U.S. Attorney | |
| ☐ ☐ | JAG Office | |

Cert/Copy

| | | |
|---|---|---|
| ☐ ☐ | Dept. of Justice | |
| ☐ ☐ | Dept. of Public Safety | |
| ☐ ☐ | Voter Registrar | |
| ☐ ☐ | U.S. Court of Appeals | |
| ☐ ☐ | Nicole/Debbie | |
| ☐ ☐ | Ray Stalvey | |
| ☐ ☐ | Cindy Reynolds | |